IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**                                                                                        **CASE NO. 96CR244-04**

**DAVID PEREZ-MONTAÑEZ**

**MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE,
REQUESTING AN ARREST WARRANT AND SHOW CAUSE HEARING**

**COMES NOW, GEORGE L. MAYMI-MELENDEZ, UNITED STATES PROBATION OFFICER OF THIS COURT,** presenting a report on the conduct of Mr. Perez-Montañez. On January 6, 2023, Mr. Perez-Montañez commenced to serve his supervised release term in the District of Puerto Rico.

The Probation Officer submits this motion to notify the Court of violations that have been identified in relation to the following conditions of supervised release imposed by the Court during the sentencing of Mr. Perez-Montañez:

**CONDITION OF SUPERVISED RELEASE: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

**CONDITION OF SUPERVISED RELEASE: "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE…"**

**STANDARD CONDITION OF SUPERVISION NO. 7: "THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE**

**OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

**ADDITIONAL SUPERVISED RELEASE TERMS: "THE DEFENDANT SHALL REFRAIN FROM THE UNLAWFUL USE OF CONTROLLED SUBSTANCES…"**

On January 9, 2023, the Probation Officer and Mr. Perez-Montañez met in the U.S. Probation Office for the District of Puerto Rico following his release from prison. During that post-release in-person meeting, the conditions of supervised release imposed by the Court in the Judgment of the Criminal Case filed at Docket No. [230] were read, explained, reviewed, and signed by both Mr. Perez-Montañez and the Probation Officer.

On May 28, 2024, the Probation Officer visited a secondary residence proposed by Mr. Perez-Montañez, as he conveyed being in a significant relationship and having the desire to cohabitate with Frances Melendez-Alicea, who resided at the secondary residence along with her daughter. During the visit, the Probation Officer completed a role clarification to provide better context regarding the supervision conditions Mr. Perez-Montañez shall abide by and the supervision activities that the Probation Officer shall complete. This clarification also outlined how some of these activities may include contact with her to assess Mr. Perez-Montañez's progress.

The interview with Frances Melendez-Alicea included a discussion of Mr. Perez-Montañez criminal history and the Probation Officer completed a Prob 32, also known as *Acknowledgment of Confidential Disclosure of Information to Third Person* regarding the instant offense of conviction, which included a carjacking resulting in death and use of a firearm in relation to a crime of violence. Ms. Melendez-Alicea voluntarily provided a Government Identification Card to confirm her identity, signed the Prob 32 form, and

agreed to collaborate with the Probation Officer should any risk behaviors or concerns arise.

On April 8, 2025, the Probation Officer completed an in-person employment verification visit and completed a routine interview, as well as a random drug test. The drug sample collected returned positive for the presence of marihuana.

On June 18, 2025, the Probation Officer received reliable information that the Puerto Rico Police Bureau (PRPB) was investigating a domestic violence incident that occurred on June 17, 2025, between Mr. David Perez-Montañez and the identified significant partner, Frances Melendez-Alicea. The Probation Officer completed an interview with PRPB Agent Miguel Morales (Badge No. 29537), and he reported that at that time, he was investigating a potential domestic violence incident that occurred on June 17, 2025, involving a person that is under supervision, to wit: Mr. David Perez Montanez. The alleged victims in the case were Frances Melendez Alicea, with whom Mr. Perez-Montanez has maintained a significant relationship for approximately two (2) years to this date, and her eleven (11) year old daughter.

According to the statements made by PRPB Agent Morales, the local Police commenced investigating the incident on June 17, 2025, after receiving information about the domestic incident during the evening hours. As per PRPB Agent Morales, the alleged victim stated that Mr. David Perez Montanez employed physical force against her person and verbally threatened her in front of her daughter, who is a minor of approximately eleven (11) years. PRPB Agent Morales further added that Ms. Frances Melendez-Alicea conveyed that Mr. Perez-Montanez hit her in the face and choked her in front of her daughter.

At the time of the conversation with the Probation Officer, PRPB Agent Morales conveyed that Ms. Frances Melendez-Alicea was with the Police in a safe location and that the Police were actively looking for Mr. Perez Montanez. They requested support from the undersigned Probation Officer to locate Mr. Perez Montañez. PRPB Agent conveyed at that time that the investigation was ongoing and in its early stages.

On June 18, 2025, the Probation Officer would be able to locate and speak with Mr. Perez-Montañez, and he would agree to abide by instructions to report to the Caguas, Puerto Rico, Police Bureau, as he understood that the Police were searching for him concerning the events that transpired on June 17, 2025. PRPB Agent Morales would confirm on June 18, 2025, that Mr. Perez-Montañez reported to the Police Bureau in Caguas and was cooperative with the agents.

According to PRPB Agent Miguel Morales, on June 18, 2025, Mr. Perez-Montañez was arrested, and two complaints were filed in the Caguas Court of First Instance for violating Puerto Rico Domestic Violence Law 54, Articles 3.3 and 3.2 (D). PRPB Agent Morales stated that the local court found probable cause for the arrest and set bail at $75,000 per count. Mr. Perez-Montañez did not post bail and remains in custody. The preliminary hearing was scheduled for July 2, 2025. Additionally, PRPB Agent Morales, along with a Caguas District Attorney, interviewed the identified victim, Frances Melendez-Alicea, and her eleven-year-old daughter.

On June 20, 2025, the Probation Officer attempted to interview the identified victim, Frances Melendez-Alicea, via phone. Nonetheless, the interview was not possible as she was crying persistently and was uneasy. Considering that the Probation Officer had reliable information pertaining to Frances Melendez-Alicea having a history of mental health challenges, the Probation Officer understood that completing the interview at that

time would potentially lead to a decompensation and jeopardize herself and the minor child who resided in the residence. As such, the Probation Officer rescheduled the same and continued the investigation and gathering of information related to the potential violation of the conditions of supervised release.

On June 27, 2025, the Probation Officer received certified copies of the complaints filed in the Caguas Court of First Instance. The complaints were filed under case number 2025-06-040-02632. The Probation Officer reviewed the complaints and found that they were filed on June 18, 2025, in the Caguas Court of First Instance. The first complaint was filed against Mr. David Perez-Montañez for violating Puerto Rico Domestic Violence Law 54 Art. 3.3. According to the complaint, the events occurred on June 17, 2025, as follows:

*The aforementioned defendant David Perez-Montañez, there on or for June 17, 2025 and in Urb. Reparto Valenciano A-7, Calle A, Juncos, Puerto Rico, which is part of the jurisdiction of the Court of First Instance, Chamber of Caguas, purposely and knowingly threatened Frances G. Meléndez Alicea, with whom he lives consisting of telling her that he was going to kill them both and that he was going to hit her a knockout.*

The second complaint was filed against Mr. David Perez-Montañez for violating Puerto Rico's Domestic Violence Law, Article 54. 3.2(D). As per the complaint the events took place on June 17, 2025, by the following manner:

*The aforementioned defendant David Perez-Montanez, there on or for June 17, 2025, and in the Urb. Reparto Valenciano A-7, Calle A, Juncos, Puerto Rico, which is part of the jurisdiction of the Court of First Instance, Chamber of Caguas, purposely, and knowingly used physical force against Frances G. Melendez Alicea, with whom he lives*

*consisting of the fact that he physically assaulted her in the presence of a minor under twelve years of age.*

Moreover, a review of the complaints revealed that the Honorable Judge Karina Diaz Perez presided over the Probable Cause for Arrest hearings, and the Judge found probable cause for arrest in both complaints after evaluating the evidence presented to the Court, which included a sworn statement from the victim. The Judge granted conditions of supervised release with 24/7 electronic monitoring; however, Mr. Perez-Montañez did not pay the bail, and he remained detained in a local prison. A preliminary hearing was scheduled for July 2, 2025, and a Protective Order was issued. On July 2, 2025, the Probation Officer received reliable information that the scheduled preliminary hearing was moved to July 10, 2025.

Pursuant to Title 18 U.S.C. §§ 3563(a)(1) and 3583(d), a mandatory condition of probation and supervised release is that the defendant shall not commit another federal, state, or local crime. Furthermore, a violation of this type may be charged whether or not the defendant has been the subject of a separate federal, state, or local prosecution, and the grade of the violation is to be based on the defendant's actual conduct.

**WHEREFORE**, it is respectfully requested that the Court consider that the violations reported involve new criminal conduct in the form of a felony offense in the local Court and that the conduct depicted involves violence in the presence of a minor. Moreover, considering that the violations reported involve conduct that place substantial risk to the alleged victim in the ongoing domestic violence case in local Court against Mr. David Perez-Montañez, the Probation Office requests that an arrest warrant be issued so that Mr. Perez-Montañez may be brought before this Honorable Court to show cause as to why his supervision term should not be revoked.

In San Juan, Puerto Rico, this 2nd day of July 2025.

    Respectfully submitted,

    LUIS ENCARNACION-CANALES, CHIEF
    U.S. PROBATION OFFICER


    s/George L. Maymi-Melendez
    George L. Maymi-Melendez
    U.S. Probation Officer
    Federal Office Building Room 225
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Tel. 787-766-5596
    Fax 787-766-5945
    Cel: 787-994-0762
    E-mail: george_maymi@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on, July 2, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system and copy of this document was mailed to the parties in this case.

In San Juan, Puerto Rico, this 2nd day of July 2025.

LUIS ENCARNACION-CANALES, CHIEF
U.S. PROBATION OFFICER

s/George L. Maymi-Melendez
George L. Maymi-Melendez
U.S. Probation Officer
Federal Office Building Room 225
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5596
Fax 787-766-5945
Cel: 787-994-0762
E-mail: george_maymi@prp.uscourts.gov